# STATE OF LOUISIANA

# COURT OF APPEAL, THIRD CIRCUIT

NO: CW 22-00417

LAWRENCE WILSON KINGSLEY
VERSUS
ANN ELIZABETH LANGE, INDIVIDUALLY AND AS FORMER TRUSTEE OF
THE LAWRENCE WILSON KINGSLEY TRUST

FILED: 06/27/2022

On application of Lawrence Kingsley for Supervisory Writ in No. 248,025-E on the docket of the Ninth Judicial District Court, Parish of Rapides, Honorable Patricia Koch

Lawrence Kingsley                                        PRO SE

Barbara Bell Belton                            Counsel for:
Christopher Chesne                             Crowell & Owens, LLC

Lake Charles, Louisiana, on November 2, 2022.

**WRIT DENIED.** For the reasons assigned by this court in *Kingsley v. Lange*, 22-73 (La.App. 3 Cir. 11/2/22), the writ application is denied.

_____            _____            _____
        EAP                            BHE                            DKS